UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAJA NIKOLIC and MARKO NIKOLIC. | CASE NUMBER: **20 CR 750**<br><br>**UNDER SEAL** |

## ORDER

The UNITED STATES OF AMERICA by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, having moved this Court to Seal the Complaint, Affidavit, Arrest Warrants, and Motion to Seal, and having demonstrated good cause in support of its motion,

IT IS HEREBY ORDERED THAT the Complaint, Affidavit, Arrest Warrants, and Motion to Seal be sealed until the time of arrest of the defendants in this case or further order of the Court, whichever occurs earlier. This Order does not prohibit law enforcement personnel from disclosing the Complaint, Affidavit, and Arrest Warrants as necessary to facilitate the enforcement of criminal law, including the execution of the warrants, or to any federal official to assist the official receiving the information in the performance of that official's duties.

ENTER:

_____
Honorable SUSAN E. COX
United States Magistrate Judge

DATE: October 23, 2020