UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>MARKO NIKOLIC | No. 20 CR 750-2<br><br>Honorable Susan E. Cox |

ORDER OF DETENTION

THIS CAUSE coming to be heard upon the government's motion to detain the defendant, pursuant to 18 U.S.C. § 3142, and this Court having heard argument on this matter, the Court hereby finds:

1. Defendant has been charged in a one count complaint alleging that he and others, knowingly devised, intended to devise, and participated in a scheme to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises and, for the purpose of executing a scheme to defraud, knowingly transmitted and caused to be transmitted by means of wire communication in interstate commerce, certain writings, signs, signals, and sounds, in violation of Title 18, United States Code, Section 1343.

2. After argument on this matter, the Court finds that the statutory factors enumerated in 18 U.S.C. § 3142(g) favor detention of the defendant:

 a) As to the nature and circumstances of the offense charged, the Court considered evidence of loan applications submitted in the names of multiple companies registered in the defendant's name, including I Truck Logistics. The Court

also considered evidence of the Defendant's transfer of millions of dollars to overseas bank accounts, held in his parents' names, in Serbia and Austria.

b) As to history and characteristics of the defendant, the Court considered evidence that the Florida address which the Defendant provided to the Pretrial Services Officer as his residence was the address of a large storage unit. The Court also considered evidence of the circumstances of the Defendant's arrest, during which the Defendant and a witness were packing multiple vehicles with personal items and electronics equipment. The Court further considered evidence of a witness's statement that the Defendant and his co-defendant had been destroying electronic equipment in the month prior to the Defendant's arrest.

3. Based upon the aforementioned factors, the evidence presented before this Court establishes that the defendant poses a serious risk of flight.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant MARKO NIKOLIC remain in custody until the resolution of this case.

IT IS FURTHER ORDERED that defendant shall be afforded reasonable opportunity for private consultation with his counsel.

IT IS FURTHER ORDERED that upon order of the United States District Court or on request of an attorney of the government, the Warden shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

ENTER:

_____

SUSAN E. COX
United States Magistrate Judge

DATE: October 29, 2020