20 CR 750 -2
USA v. Marko Nikolic
Government's Exhibit
Judge Susan E. Cox

Case: 1:20-cr-00750 Document #: 23 Filed: 10/29/20 Page 1 of 5 PageID #:194

**FILED**
10/29/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**13791 Northwest 19th Avenue, Opa-locka, FL 33054**

https://www.trulia.com/p/fl/opa-locka/13791-nw-19th-ave-opa-locka-fl-33054--2093586947?mid=0#lil-mediaTab



Government Exhibit A
20 CR 750
US v. Nikolic, Detention Hearing



2



3



4

https://www.google.com/maps/place/13791+NW+19th+Ave,+Opa-locka,+FL+33054/@25.8998328,-80.233318



5