# Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



# Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



**Defendant's Group Exhibit 1**

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



# Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



**Defendant's Group Exhibit 1**

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



### Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



**Defendant's Group Exhibit 1**

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



**Defendant's Group Exhibit 1**

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750



## Defendant's Group Exhibit 1

Motion to Reconsider Detention
U.S.A. v. Marko Nikolic
ILND Case No.: 1:20-cr-00750

