# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MARKO NIKOLIC

Case No.: 1:20-cr-00750

Honorable Mag. Judge Susan B. Cox

## AFFIDAVIT

I, Steven Knight (Affiant), depose and states as follows:

1. I am a licensed attorney in the State of Illinois since 1990 and currently in good standing;

2. On October 31, 2020, I met with Jeff Sarkin the landlord of Marko Nikolic at 13791 NW 19th Avenue, Unit 8, in Opa-locka, Florida which is the leased apartment of Marko Nikolic;

3. He allowed me to enter the residence and photograph the apartment;

4. I took a total of 22 photographs of said residence (now submitted in Motion to Reconsider, as Defendant's Group Exhibit 1) and the photographs show it was a fully furnished unit. This unit includes a laundry area, bathroom, living room, kitchen, and bedroom. Also depicted in the photographs was mail that had been recently sent to Mr. Nikolic.

5. Furthermore, I reviewed Government's Exhibit A which are the five (5) photographs submitted at the detention hearing. Photographs 3 and 4 do not depict the interior of Unit 8.

_____
Steven Knight

SUBSCRIBED AND SWORN TO
Before me this 10th day of December, 2020.

_____
Notary Public

OFFICIAL SEAL
CARMEN CARRANZA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/14/21